**Order entered September 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX AND LAURA FOX, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

Before the Court is appellant's August 26, 2019 "Motion to Reverse Trial Court's Final Judgment Based Upon Appellees' Fraud. We **DENY** the motion.

/s/　　BILL WHITEHILL
　　　 JUSTICE